

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-12-2013

# USA v. Richard Caraballo-Rodriguez

Precedential or Non-Precedential: Precedential

Docket No. 11-3768

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Richard Caraballo-Rodriguez" (2013). *2013 Decisions*. Paper 1051.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1051

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-3768

UNITED STATES OF AMERICA,

Appellant

v.

RICHARD CARABALLO-RODRIGUEZ


Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 2-08-cr-00328-002)
District Judge: Hon. Cynthia M. Rufe

Before: McKEE, *Chief Judge*, SLOVITER, SCIRICA, RENDELL,
AMBRO, FUENTES, SMITH , FISHER, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR. and VANASKIE, *Circuit Judges*.

ORDER

Pursuant to Third Circuit IOP 9.2, it is hereby ORDERED that the above-

captioned case is listed en banc for May 29, 2013.

BY THE COURT:


/s/ Theodore  A. McKee
Chief Judge

Dated: March 12, 2013
PDB/cc: All Counsel of Record

1